Tamara S. **BRADDUM,** d/b/a Amera–Kora Ent., Plaintiff/Appellant,

v.

Lawrence **ROSENBLATT,** d/b/a L. Rosen and Assoc., Defendant/Respondent,

and

Barb and Trey Schaffer, d/b/a Mo. School of Dog Grooming, Defendants.

No. 65390.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 23, 1994.

Tamara S. Braddum, party acting pro se.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Plaintiff appeals from the circuit court's dismissal, for failure to prosecute, of her claim against defendant Rosenblatt. We affirm. We have reviewed the record and find the claim of error to be without merit; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).